UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ERICK RAFAEL HERNANDEZ-
QUEVEDO,

                    Petitioner,

v.                                                    No.  1:26-CV-00107-H

WARDEN, BLUEBONNET
DETENTION CENTER,

                    Respondent.

## ORDER

Petitioner Erick Rafael Hernandez-Quevedo, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention pending removal proceedings.  He seeks release from confinement.  Now, Respondent has notified the Court that Petitioner was released from immigration custody on or about June 25, 2026.  Dkt. No. 18.  The Court has reviewed the ICE online detainee locator and takes judicial notice that, as of today, Petitioner is no longer in ICE custody.[1]

Based on the information provided by Respondent, the Court concludes that Petitioner's claims are moot.  Thus, the Court dismisses the petition for lack of jurisdiction and denies any other pending motions as moot.

So ordered.

The Court will enter judgment accordingly.

Dated July 8, 2026.

_____
James Wesley Hendrix
United States District Judge

---

[1] *See* http:// https://locator.ice.gov/odls/#/search (last visited July 6, 2026).